UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

LYNN ANN MUELLER,

    Plaintiff,

v.    Case No. 1:09-CV-695

COMMISSIONER OF SOCIAL SECURITY,    HON. GORDON J. QUIST

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the magistrate judge's report and recommendation issued August 10, 2010, in which the magistrate judge recommended that the Commissioner's decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to re-evaluate the date on which Plaintiff experienced medical improvement. The report and recommendation was duly served on the parties on August 10, 2010. No objections have been received pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued August 10, 2010 (docket no. 13), is **APPROVED AND ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) to re-evaluate the date on which Plaintiff experienced medical improvement.

This case is **concluded**.

Dated: September 2, 2010            /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                            UNITED STATES DISTRICT JUDGE