UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

LYNN ANN MUELLER,

        Plaintiff,                    Case No. 1:09-CV-695

v.                                      HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the magistrate judge's May 13, 2014 Report and Recommendation recommending that the Court grant Plaintiff's motion for award of attorney fees. The Report and Recommendation was duly served on the parties on May 13, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

        Therefore,

        **IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued May 13, 2014 (dkt. # 23), is **ADOPTED** as the Opinion of the Court.

        **IT IS FURTHER ORDERED** that Plaintiff's motion for attorney fees in the amount of $6,906.25 (dkt. #21) is **GRANTED**.

Dated: June 10, 2014                  /s/ Gordon J. Quist
                                      GORDON J. QUIST
                                      UNITED STATES DISTRICT JUDGE